IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | |
| 947,883 TETHER ("USDT") | ) | |
| CRYPTOCURRENCY, VALUED AT | ) | |
| APPROXIMATELY $947,883.00, FORMERLY | ) | |
| ASSOCIATED WITH CRYPTOCURRENCY | ) | |
| ADDRESS BEGINNING/ENDING | ) | |
| 0x7d5 . . . 48a8306, | ) | |
| | ) | |
| Defendant. | ) | **NOTICE OF FORFEITURE** |

To: cfo@crowdfense.com

The above-captioned forfeiture action was filed in U.S. District Court on November 26, 2024. A copy of the Complaint in Forfeiture is attached. If you claim an interest in the defendant property, the following applies:

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, you are required to file with the Court, and serve upon James L. Morford, plaintiff's attorney, whose address is United States Attorney's Office, 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, a verified claim to the defendant property within 35 days after your receipt of the complaint. The claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint, or a motion under Rule 12 of the Federal Rules of

Civil Procedure, within 20 days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment will be taken for the relief demanded in the complaint.

Respectfully,

Rebecca C. Lutzko
U.S. Attorney, Northern District of Ohio

By: /s/ James L. Morford
James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3743 / James.Morford@usdoj.gov

Date: November 26, 2024